MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: **Judith Slegh**  Chapter 7 Case No. **09-30063**

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Recovery Management System Corp for GE Money Bank dba Walmart<br>25 SE 2nd Ave Ste. 1120<br>Miami, FL 33131 | 9 | $79.48 | $2.95 |

Dated: June 15, 2010

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111